**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  WILLIE L. PORCHIA                                        Case Number: 04-74976
        626 N. WINNEBAGO                    SSN-xxx-xx-9093
        ROCKFORD, IL  61103

                                                              Case filed on:      10/7/2004
                                                              Plan Confirmed on:  12/17/2004

                            P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $19,980.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
|  | Total Legal | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
| 001 | ACADEMY COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WILLIE L. PORCHIA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | BEST BUY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CHASE MANHATTAN AUTOMOTIVE FINANCE CORP | 14,397.55 | 14,397.55 | 12,689.03 | 0.00 |
| 004 | ROCKFORD HEALTH SYSTEM | 4,998.00 | 4,998.00 | 4,404.90 | 0.00 |
|  | Total Unsecured | 19,395.55 | 19,395.55 | 17,093.93 | 0.00 |
|  | Grand Total: | 20,995.55 | 20,995.55 | 18,693.93 | 0.00 |

Total Paid Claimant:      $18,693.93
Trustee Allowance:        $1,286.07         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       88.13         discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                                      /s/ Lydia S. Meyer
                                                     Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/28/2008           By  /s/Heather M. Fagan